UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGELA CARRINGTON<br><br>        Plaintiff,<br><br>  v.<br><br>XEROX CORPORATION, VINCENT J. SCIRE, II, and JO ANN BELL,<br><br>        Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 11-4698<br>(JEI/KWM)<br><br>**ORDER** |

**APPEARANCES:**

THE DWYER LAW FIRM, L.L.C.
By: Andrew W. Dwyer, Esq.
17 Academy Street
Suite 1010
Newark, NJ 07102
    Counsel for Plaintiff

OGLETREE DEAKINS NASH SMOAK & STEWART P.C.
By: Kristen DiMaria, Esq.
1735 Market Street
Suite 3450
Philadelphia, PA 19103
    Counsel for Defendants

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court upon this Court's Order to Show Cause (Dkt. No. 4); the Court having reviewed the submissions of the parties; for the reasons set forth in open court on even date herewith; and for good cause appearing;

    **IT IS** on this 6th day of October, 2011,

**ORDERED THAT:**

(1) This case is hereby **REMANDED** to state court.

(2) Plaintiff is hereby **AWARDED** attorney's fees pursuant to 28 U.S.C. § 1447(c).

(3) Defendants shall pay $5,062.50 to the Dwyer Law Firm, LLC within 14 days.

_____
JOSEPH E. IRENAS, S.U.S.D.J.