

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
MARTIN LUTHER KING JR. FEDERAL BLDG & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NEW JERSEY 07101

**October 6, 2011**

**CAMDEN OFFICE**
MITCHELL H. COHEN US COURTHOUSE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STS., ROOM 1050
CAMDEN, NJ 08101

**WILLIAM T. WALSH**
CLERK

**TRENTON OFFICE**
402 EAST STATE STREET
ROOM 301
TRENTON, NJ 08608

**REPLY TO: CAMDEN**

```
Camden County Superior Court
101 South 5th Street
Camden, NJ 08103

            RE: CARRINGTON v. XEROX CORPORATION et al

            Our Civil Number: 1:11-cv-04698-JEI -KMW
            Your Civil Number: CAM-L-3327-11


Dear Sir or Madam:

     Pursuant to the Order of Remand entered in the above entitled
matter by this Court, please find enclosed one (1) certified copy
of the docket entries and one (1) certified copy of the Remand
order.

                              Very truly yours,


                              WILLIAM T. WALSH, CLERK



                              By:  Desiree Ramsey
                                   Deputy Clerk


cc: file
```